# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, Pamela | United States District Court, E.D. Wisconsin | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge--active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Room 271
Milwaukee, WI 53202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-officio director | Eastern District of Wisconsin Bar Association |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin, Bankruptcy, Insolvency and Creditiors Rights Section | 3/5/2015 to 3/6/2015 | Kohler, Wisconsin | Bankruptcy seminar (speaker) | Meals, hotel room |
| 2. | National Association of Consumer Bankruptcy Attorneys | 4/23/2015 | Chicago, Illinois | Bankruptcy seminar (speaker) | Meals, train fare |
| 3. | National Bankruptcy Conference | 5/28/2015 to 5/29/2015 | Washington, DC | Bankruptcy symposium (speaker) | Airfare, meals, ground transportation |
| 4. | American Bankruptcy Institute | 6/11/2015 to 6/14/2015 | Traverse City, Michigan | Bankruptcy conference (speaker) | Airfare, hotel room, meals, ground transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pepper, Pamela** | 08/12/2016 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 10/28/2015 | Chicago, Illinois | Bankruptcy seminar (speaker) | Train fare, meals |
| 6. | American Bankruptcy Institute | 12/3/2015 to 12/5/2015 | Phoenix, Arizona | Bankruptcy seminar (speaker) | Airfare, hotel room, meals, ground transportation |
| 7. | Mississippi Bankruptcy Conference | 12/9/2015 to 12/11/2015 | Jackson, Mississippi | Bankruptcy seminar (speaker) | Airfare, meals (stayed with a friend, so no hotel room) |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Penn Mutual Variable Universal Life: Ssg Index 500 Fund | B | Interest | K | T | | | | | |
| 2. Penn Mutual Variable Universal Life: T. Rowe Price Flexibly Mg'd Fund | B | Interest | K | T | | | | | |
| 3. The Principal Adjustable Life | B | Dividend | K | T | | | | | |
| 4. IRA #1 (Y) | | | | | | | | | |
| 5. --Principal Mutual Funds MidCap (Y) | | | | | | | | | |
| 6. --Principal Mutual Funds Small Cap Blend (Y) | | | | | | | | | |
| 7. U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 8. Trust #1 (Y) | | | | | | | | | |
| 9. --Equitable Bank cash accounts (Y) | | | | | | | | | |
| 10. 401k #1 (Y) | | | | | | | | | |
| 11. --American Funds EuroPacific Growth (Y) | | | | | | | | | |
| 12. --American Funds Fundamental Investors (Y) | | | | | | | | | |
| 13. --Nuveen Equity Index (Y) | | | | | | | | | |
| 14. PNC Bank cash accounts | A | Dividend | J | T | | | | | |
| 15. IRA # 2 | | | | | | | | | |
| 16. --Edward Jones Growth Fund of America | A | Dividend | J | T | | | | | |
| 17. --Edward Jones Principal Capital Appreciation Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Edward Jones Principal Equity Income Fund | A | Dividend | J | T | | | | | |
| 19.  --Edward Jones Pi SMALLCAP Blend Fund | A | Dividend | J | T | | | | | |
| 20.  --Edward Jones Pi Real Estate Securities Fund | A | Dividend | K | T | | | | | |
| 21.  --Edward Jones Pi Diversified International | A | Dividend | J | T | | | | | |
| 22.  --Edward Jones Principal Midcap Fund | A | Dividend | L | T | | | | | |
| 23.  --Edward Jones cash | A | Dividend | | | Distributed | 01/20/15 | J | | |
| 24.  Edward Jones--American Funds High Income Muni Bond Fund | A | Dividend | J | T | | | | | |
| 25.  Voya 529 Age 11-12 Option Class C | A | Dividend | | | Open | 09/21/15 | J | | |
| 26.  Voya 529 Age 11-12 Option Class C | A | Dividend | | | Closed | 12/31/15 | J | | |
| 27.  Voya 529 Balanced Option Class C | A | Dividend | J | T | Open | 12/31/15 | J | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III-B. Information is no longer reportable, pursuant to Section 102(e)(2).

VII-4-6 These were assets of my former spouse.

VII-8-13 These were assets of my former spouse.

VII-25-27 In September 2015, I opened a 529 account for a dependent. The account remained open for three months, but during that time, the administrator indicated that it did not receive the identity verification information I had provided. I provided them the information a couple of times (via fax and e-mail), but they did not receive it until I sent it by mail. At that point, they indicated that they needed to close the original account, open a new one, and transfer the balance accrued in the first account to the second one. So the first account was open only from September 21 to December 31. The new account has remained open since.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544